FILED

AUG 20 PM 4:18

U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED

AUG 2 0 1998

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

SHARON S. DAY, )
)
    Plaintiff, )
)
vs ) CIVIL ACTION NO.98-AR-0637-NE
)
)
BELLSOUTH TELECOMMUNICATIONS, )
INC. and BELLSOUTH ADVERTISING )
AND PUBLISHING CORPORATION, )
)
    Defendants. )

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the Magistrate Judge as the findings and conclusions of the court. In accord with the recommendation, the defendants' motion to transfer this case to the United States District Court for the Northern District of Georgia is due to be granted An appropriate order will be entered.

DONE, this 20 day of August, 1998.

                                        WILLIAM M. ACKER, JR.,
                                      UNITED STATES DISTRICT JUDGE